1  Ramin R. Younessi, Esq. (SBN 175020)
   ryounessi@younessilaw.com
2  Samantha L. Ortiz, Esq. (SBN 312503)
   sortiz@younessilaw.com
3  **LAW OFFICES OF RAMIN R. YOUNESSI**
   **A PROFESSIONAL LAW CORPORATION**
4  3435 Wilshire Boulevard, Suite 2200
   Los Angeles, CA  90010
5  Telephone:  213-480-6200
6
   Attorneys for Plaintiff,
7  VANESSA BALTAZAR
8
   Christian Keeney, Esq. (SBN 269533)
9  Christian.keeney@ogletree.com
   Sarah Christenson, Esq. (SBN 291548)
10 Sarah.christenson@ogletree.com
   **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
11 Park Tower, Fifteenth Floor
   695 Town Center Drive
12 Costa Mesa, CA 92626
   Telephone:  714-800-7900
13
14 Attorneys for Defendants,
   NATIONAL DISTRIBUTION CENTERS, LLC,
15 NATIONAL DISTRIBUTION CENTERS LP and
   NFI INDUSTRIES, INC.
16

17              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19 VANESSA BALTAZAR, an individual, | Case No. 5:21-cv-00285 JWH (SHKx) |
| 20        Plaintiff, | **JOINT STATUS REPORT RE SETTLEMENT** |
| 21    v. | |
| 22 NATIONAL DISTRIBUTION CENTERS, | |
| 23 LLC, a Delaware limited liability company; | Complaint Filed: November 16, 2020 |
| NATIONAL DISTRIBUTION CENTERS | Trial Date: June 13, 2022 |
| 24 LP, a business entity of unknown form; | District Judge: Hon. John W. |
| NFI INDUSTRIES, INC., a business entity |      Holcomb |
| 25 of unknown form; and DOES 1 through 20, | Magistrate Judge: Hon. Shashi H. |
| 26 inclusive, |      Kewalramani |
| 27        Defendants. | |
| 28 | |

5:21-cv-00285 JWH (SHKx)

Plaintiff VANESSA BALTAZAR ("Plaintiff") and Defendants NATIONAL DISTRIBUTION CENTERS, LLC, NATIONAL DISTRIBUTION CENTERS LP, and NFI INDUSTRIES, INC. ("Defendants") (collectively, the "Parties"), through their respective counsel, hereby submit the following Joint Status Report re Settlement:

The Parties, having participated in a private mediation before mediator Henry Bongiovi on January 24, 2022, have agreed to a settlement of this matter and are currently in the process of performing the terms of the settlement agreement. The Parties anticipate filing a Stipulation to Dismiss the Case, with Prejudice, within 45 days.

Dated:  February 8, 2022          LAW OFFICES OF RAMIN R. YOUNESSI

By:  _____
     RAMIN R. YOUNESSI
     SAMANTHA L. ORTIZ
     Attorneys for Plaintiff
     VANESSA BALTAZAR

Dated: February 8, 2022          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  __/s/ Sarah Christenson_____
     CHRISTIAN KEENEY
     SARAH CHRISTENSON
     Attorneys for Defendants
     NATIONAL DISTRIBUTION CENTERS LLC, NATIONAL DISTRIBUTION CENTERS, LP and NFI INDUSTRIES, INC.

4849-5795-7571.1

1

## <u>CERTIFICATE OF SERVICE</u>

2

   I hereby certify that a true and correct copy described as **JOINT STATUS
REPORT RE SETTLEMENT** was on February 8, 2022, served upon all counsel

3  of record electronically by the Court's Case Management System:

4      Christian J. Keeney                    *Attorneys for Defendant(s)*
       christian.keeney@ogletree.com

5      Sarah E. Christenson
       sarah.christenson@ogletree.com

6      OGLETREE DEAKINS NASH SMOAK
       AND STEWART PC

7

8  ☒   <u>BY NOTICE OF ELECTRONIC FILING:</u> The above-listed counsel has
       consented to electronic service and have been automatically served by the

9      Notice of Electronic Filing automatically generated by CM/ECF at the time
       said document was filed and which constitutes service pursuant to FRCP

10     5(b)(2)(D).

11 Executed on February 8, 2022, at Los Angeles, California.

12     ☒       FEDERAL  I declare that I am employed in the office of a member of
               the bar of this Court at whose direction the service was made.

13

14                                                  By: <u>/s/ Christian Ortiz</u>

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4849-5795-7571.1