| | |
|---|---|
| 1 | Ramin R. Younessi, Esq. (SBN 175020) |
| 2 | ryounessi@younessilaw.com<br>Samantha L. Ortiz, Esq. (SBN 312503) |
| 3 | sortiz@younessilaw.com<br>**LAW OFFICES OF RAMIN R. YOUNESSI** |
| 4 | **A PROFESSIONAL LAW CORPORATION**<br>3435 Wilshire Boulevard, Suite 2200 |
| 5 | Los Angeles, CA  90010<br>Telephone:  213-480-6200 |
| 6 | Attorneys for Plaintiff, |
| 7 | VANESSA BALTAZAR |
| 8 | Christian Keeney, Esq. (SBN 269533)<br>Christian.keeney@ogletree.com |
| 9 | Sarah Christensen, Esq. (SBN 291548)<br>Sarah.Christensen@ogletree.com |
| 10 | **OGLETREE, DEAKINS, NASH, SMOAK &**<br>**STEWART, P.C.** |
| 11 | Park Tower, Fifteenth Floor<br>695 Town Center Drive |
| 12 | Costa Mesa, California 92626<br>Telephone: 714.800.7900 |
| 13 | Attorneys for Defendants, |
| 14 | NATIONAL DISTRIBUTION CENTERS, LLC,<br>NATIONAL DISTRIBUTION CENTERS LP and |
| 15 | NFI INDUSTRIES, INC. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA BALTAZAR, an individual<br><br>Plaintiff,<br>,<br>v.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC, a Delaware limited liability company NATIONAL DISTRIBUTION CENTERS LP, a business entity of unknown form; NFI INDUSTRIES, INC., a business entity of unknown form; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00285 JWH (SHKx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**<br><br>Complaint Filed: November 16, 2020<br>Trial Date:      June 13, 2022<br>District Judge:   Hon. John W. Holcomb<br>Magistrate Judge: Hon. Shashi H. Kewalramani |

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR |
| 2 | COUNSEL OF RECORD: |

Plaintiff VANESSA BALTAZAR and Defendants NATIONA DISTRIBUTION CENTERS, LLC, NATIONAL DISTRIBUTION CENTERSE LP, and NFI INDUSTRIES, INC., by and through their counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). Each party shall bear its own fees and costs.

DATED: February 21, 2022         LAW OFFICES OF RAMIN R. YOUNESSI

                                 By: *See next page for signature*
                                     Ramin R. Younessi, Esq.
                                     Samantha L. Ortiz, Esq.
                                     Attorneys for Plaintiff
                                     VANESSA BALTAZAR

DATED: March 14, 2022            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                 By: */s/Sarah Christenson*
                                     Christian Keeney, Esq.
                                     Sarah Christenson, Esq.
                                     Attorneys for Defendants,
                                     NATIONAL DISTRIBUTION CENTERS LLC, NATIONAL DISTRIBUTION CENTERS, LP and NFI INDUSTRIES, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

I, Sarah Christenson, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Dated: March 14, 2022                    */s/Sarah Christenson*
                                          Sarah Christenson

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

58268666v.1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff VANESSA BALTAZAR and Defendants NATIONA DISTRIBUTION CENTERS, LLC, NATIONAL DISTRIBUTION CENTERSE LP, and NFI INDUSTRIES, INC., by and through their counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). Each party shall bear its own fees and costs.

DATED:  February 21, 2022         LAW OFFICES OF RAMIN R. YOUNESSI

By: /s/ Ramin R. Younessi
Ramin R. Younessi, Esq.
Samantha L. Ortiz, Esq.
Attorneys for Plaintiff
VANESSA BALTAZAR

DATED:  February 21, 2022         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/Sarah Christenson
Christian Keeney, Esq.
Sarah Christenson, Esq.
Attorneys for Defendants,
NATIONAL DISTRIBUTION CENTERS LLC, NATIONAL DISTRIBUTION CENTERS, LP and NFI INDUSTRIES, INC.

---

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

58268666v.1

# PROOF OF SERVICE
*Vanessa Baltazar v. National Distribution Centers, LLC, et al.*
Case No. 5:21-cv-00285 JWH (SHKx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On March 14, 2022, I served the following document(s):

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

2
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

58268666v.1

| | | |
|---|---|---|
| ☒ | **BY CM/ECF:** | With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System. |
| ☒ | **(Federal)** | I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |
| ☐ | **(Federal)** | I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 14, 2022, at San Diego, California.

*/s/ Pamela Blanton*
Pamela Blanton

---

3
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

58268666v.1

## SERVICE LIST

| | |
|---|---|
| Ramin R. Younessi, Esq.<br>Samantha L. Ortiz, Esq.<br>LAW OFFICES OF RAMIN R. YOUNESSI<br>A PROFESSIONAL LAW CORPORATION<br>3435 Wilshire Boulevard, Suite 2200<br>Los Angeles, CA  90010<br>Telephone:  213-480-6200<br>Facsimile:   213-480-6201<br>ryounessi@younessilaw.com<br>sortiz@younessilaw.com<br>cortiz@younessilaw.com | Attorneys for Plaintiff<br>Vanessa Baltazar |